```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      MAR 0 6 2003

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY _____Z__ DEPUTY
```

```
_X_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      MAR 1 0 2003

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clement L. Burwell, III,<br><br>    Plaintiff,<br><br>vs.<br><br>Jan Wallace, an unmarried woman;<br>John and/or Jane Does, 1 - 10; Black<br>Entities 1 -10,<br><br>    Defendants | NO. CIV 01-02353-PHX-SMM<br><br>[~~PROPOSED~~] ORDER<br><br>(The Hon. Stephen M. McNamee) |

Pursuant to the Stipulation for Dismissal of Count II of Plaintiff's Complaint signed by the parties, and good cause appearing, IT IS HEREBY ORDERED dismissing Count II of plaintiff's complaint with prejudice.

**DATED** March _7_, 2003.

_____
Hon. Stephen M. McNamee
U.S. District Court Judge

