IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clement L. Burwell, III,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Jan Wallace, an unmarried woman;<br>John and/or Jane Does, 1 - 10; Black<br>Entities 1 -10,<br><br>　　　　　　　　　Defendants | NO. CIV 01-02353-PHX-SMM<br><br>[~~PROPOSED~~] ORDER<br><br>(The Hon. Stephen M. McNamee) |

Pursuant to the Stipulation for Dismissal of Plaintiff's Complaint signed by the parties, and good cause appearing, IT IS HEREBY ORDERED dismissing Plaintiff's Complaint with prejudice, each party to bear their own attorneys' fees and costs.

**DATED** April 11, 2003.

　　　　　　　　　　　　　　　　　　　　　Hon. Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

